USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AIDA JIMENEZ,                                               :
                                                            :     **ORDER**
                    Plaintiff,                              :
                                                            :     07 Civ. 7718 (SAS)
         - against -                                        :
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                    Defendant.                              :
------------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

   The parties shall submit a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) in accordance with the following briefing schedule:

   Commissioner's Motion by April 11, 2008

   Plaintiff's Opposition by May 9, 2008

   Commissioner's Reply by May 30, 2008


                                            SO ORDERED:

                                            _____
                                            Shira A. Scheindlin
                                            U.S.D.J.

Dated:   New York, New York
         March 3, 2008

- **Appearances** -

**Plaintiff (Pro Se):**

Ana Jimenez
558 East 181st Street
Apt. # 5E
Bronx, NY 10457
(718) 733-2917

**For Defendant:**

United States Attorney's Office
Civil Division
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2800