SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANA JIMINEZ,

      Plaintiff,            REVISED SCHEDULING ORDER
                              07 Civ. 7718 (SAS)

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

      The parties shall submit a motion for judgment ion the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure in accordance with the following briefing schedule:

1.     The Commissioner's Motion by May 30, 2008;

2.     Plaintiff's Opposition by June 27, 2008;

3.     The Commissioner's Reply by July 18, 2008.

*no further adjournment.*

                                          SO ORDERED:

                                          SHIRA A. SCHEINDLIN
                                          UNITED STATES DISTRICT JUDGE

Dated:     New York, New York
            April 30, 2008