SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
ANA JIMINEZ,

       Plaintiff,

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
---------------------------------------x

REVISED SCHEDULING ORDER
07 Civ. 7718 (SAS)

[Stamp: U.S. DOC... ELECTRONICALLY FILED DOC #: DATE FILED: 6/3/08]

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

    The parties shall submit a motion for judgment ion the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure in accordance with the following briefing schedule:

1.    The Commissioner's Motion by June 27, 2008;

2.    Plaintiff's Opposition by July 25, 2008;

3.    The Commissioner's Reply by August 8, 2008.

*No further adjournments for any reason!!*

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
         ~~May~~ June 3, 2008