UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ANA JIMENEZ,

                Plaintiff,                ORDER

       - against -               07 Civ. 7718 (SAS)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       On June 30, 2008, defendant filed and served a motion for judgment on the pleadings. As of today, plaintiff has not submitted any papers in opposition to defendant's motion. As plaintiff is proceeding *pro se*, it is hereby

       ORDERED that plaintiff file opposition papers, if any, to defendants' motion by September 15, 2008. All papers must be sent to this Court's Pro Se Office at 500 Pearl Street, Room 230, New York, New York 10007, and must be served upon defendant's counsel. If plaintiff submits opposition papers, defendant's reply is due September 29, 2008.

       IT IS FURTHER ORDERED that if plaintiff fails to comply with this Order, the Court will decide the motion solely on the papers submitted by defendant.

                                                  SO ORDERED:

                                                  Shira A. Scheindlin
                                                  U.S.D.J.

Dated:     New York, New York
             August 14, 2008